UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA A., | CASE NO. CV 18-2364-AGR |
| Plaintiff, | |
| v. | JUDGMENT |
| NANCY A. BERRYHILL, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: January 15, 2019

ALICIA G. ROSENBERG
United States Magistrate Judge